# Kent A. F. Weisert, Esq.
## Counsellor at Law

51 Fairway
Bloomfield, New Jersey 07003
(973) 338-5533
Tele-Fax (973) 338-5259
e-mail: kentwo7@aol.com

September 11, 2008

Hon. Faith S. Hochberg, USDJ
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Local Union No. 456 v. Prysmian Construction Services
Case No. 07-03281 (FSH); and

Prysmian Construction Services v. Local Union No. 456
Case No. 07-3600 (FSH)

Dear Judge Hochberg:

As noted in my recent letter to Your Honor of August 28, 2008, I am local counsel for Prysmian Construction Services, Inc. (hereinafter "Prysmian") in connection with the above actions (which have been consolidated before Your Honor). Please consider this letter to be a request to the Honorable Court for a further three (3) business day (or such time as the Court might see fit to grant) adjournment of the time within which Prysmian may submit to the Court its opposition to the pending Motion to Confirm the Joint Panel Award (presently scheduled for September 29, 2008) from Wednesday, September 17, 2008 to Monday September 22, 2008.

We make this request to afford Prysmian the opportunity to obtain the statements of persons with the knowledge of issues of fact material to the pending motion. These individuals have been unavailable until very recently due to vacation and holiday schedules. I have conferred with counsel for Local Union No. 456 who has again most kindly consented to this request for a slight additional adjournment of the time to respond.

Thanking Your Honor in advance for your consideration of this request, I am,

Respectfully yours,

*Kent A. F. Weisert*

KENT A.F. WEISERT, ESQ.

KAFW:djs
c: Eric Su, Esq. (Coren & Associates)
Prysmian Construction Services, Inc.

9/12/08

SO ORDERED:

*Faith S. Hochberg*
Faith S. Hochberg, U.S.D.J.

No further Extensions will be granted in this case